FILED
JAMES BONINI
CLERK
2012 AUG 28 PM 12:04

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF : CASE NO. 3:12MJ126
:  3:12MJ127
SEALED DOCUMENT :

:

ORDER UNSEALING APPLICATIONS, SEARCH WARRANTS,
SUPPORTING AFFIDAVITS AND RETURNS

IT IS HEREBY ORDERED that the Applications, Search Warrants, Supporting Affidavits and Returns to the above Applications for Search Warrant sealed by the order of this court, be unsealed by the Clerk of Courts.

DATE: August 28, 2012

_____
MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE